Civil Action No. 26-1156

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* J&A GOODS, LLC d/b/a ECOVIEW WINDOWS AND DOORS
was received by me on *(date)* 2/23/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andrew Plowman , who is
designated by law to accept service of process on behalf of *(name of organization)* J&A GOODS, LLC
d/b/a ECOVIEW WINDOWS AND DOORS on *(date)* 03/04/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 3/7/2026

*Server's signature*

Andrew Roman Perrong, Esq.

*Printed name and title*

2657 Mount Carmel Avenue
Glenside, PA 19038

*Server's address*

Additional information regarding attempted service, etc:
Served at registered address 239 ARDEN RD, CONSHOHOCKEN, PA 19428.