Civil Action No.   26-1156

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   33 MILE RADIUS, LLC
was received by me on *(date)*   2/23/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served per FRCP 4(e)(1) and PA RCP 404(2) and PA RCP 403. Certified Mail Return Receipt Attached. Served on 2/2/2026.

My fees are $ 0 for travel and $ 8.86 for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date:   3/7/2026

Server's signature

Andrew Roman Perrong, Esq.

Printed name and title

2657 Mount Carmel Ave.
Glenside, PA 19038

Server's address

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

March 7, 2026

Dear Andrew Perrong:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9876 5430 6235 88**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | March 2, 2026, 5:43 pm |
| Location: | COLUMBUS, OH 43224 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | c o CT CORPORATION SYSTEM |

| Shipment Details | |
|---|---|
| Weight: | 1.0oz |

**Recipient Signature**

Signature of Recipient: *[signature: Dan Kelley]*

Address of Recipient: *[illegible handwriting]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004