**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr>
<td>

**BOBBY GIRIFALCO,**

*Plaintiff,*

v.

**J&A GOODS, LLC d/b/a ECOVIEW WINDOWS AND DOORS, et al.,**

*Defendants.*

</td>
<td>

**Case No. 2:26-cv-01156-JDW**

</td>
</tr>
</table>

**ORDER**

**AND NOW**, this 27th day of March, 2026, a review of the Court's records shows that Defendants J&A Goods, LLC and 33 Mile Radius, LLC, have not filed an answer or pleading in response to the Complaint in the above-captioned case.

If Plaintiff Bobby Girifalco does not file a Request for Default under Fed. R. Civ. P. 55 or take other appropriate action in this case by April 10, 2026, I will enter an order dismissing the case against Defendants J&A Goods, LLC and 33 Mile Radius, LLC for lack of prosecution.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.