# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BOBBY GIRIFALCO**                                    Civil Action: **26-1156**

v.

**J&A GOODS, LLC, ET. AL.**

                              <u>Entry of Default</u>

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against defendants J&A GOODS, LLC and 33 MILE RADIUS, LLC for failure to plead or otherwise defend.


                    George Wylesol
                    Clerk of Court


                    By: _s/Frank Del Campo_____
                        Frank Del Campo, Deputy Clerk