**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOBBY GIRIFALCO,<br><br>　　Plaintiff, *individually and on behalf of others similarly situated,*<br><br>v.<br><br>J&A GOODS, LLC, and<br>33 MILE RADIUS, LLC<br><br>　　Defendants. | Case No.: 2:26-cv-01156-JDW<br><br>The Hon. Joshua D. Wolson |

**ENTRY OF APPEARANCE**

Please take notice that Andrew J. Soven hereby enters his appearance as counsel for

Defendants J&A Goods, LLC and 33 Mile Radius, LLC.

BY:　*/s/ Andrew Soven*
　　　Andrew J. Soven (PA ID 76766)
　　　**POLSINELLI PC**
　　　Three Logan Square
　　　1717 Arch St., Suite 1200
　　　Philadelphia, PA 19103
　　　(215) 267-3001
　　　asoven@polsinelli.com
　　　*Counsel for Defendants*

Date: April 10, 2026

1