## CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the foregoing Entry of Appearance using the court's Electronic Filing system and was served on counsel for Plaintiff through the court's system.

*/s/ Andrew J. Soven*
Andrew J. Soven