## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,

      Plaintiff, *individually and on behalf of others similarly situated*

v.

J&A GOODS, LLC, and
33 MILE RADIUS, LLC

      Defendants.

Case No.: 2:26-cv-01156-JDW

The Hon. Joshua D. Wolson

## DEFENDANT 33 MILE RADIUS, LLC'S UNOPPOSED MOTION
## TO VACATE ENTRY OF DEFAULT

Defendant 33 Mile Radius, LLC ("33 Mile") respectfully requests that the Court vacate the March 31, 2026 entry of default (ECF No. 9) and extend the deadline for 33 Mile to respond to Plaintiff's Complaint (ECF No. 1) until April 30, 2026. 33 Mile has conferred with Plaintiff's counsel, who does not oppose the relief requested. 33 Mile incorporates by reference the accompanying memorandum of law and declaration of Jenna Zettel filed herewith.

Date: April 10, 2026    Respectfully submitted,

      */s/ Andrew J. Soven*
      Andrew Soven (Bar No. 76766)
      POLSINELLI PC
      1717 Arch Street, Suite 1200
      Philadelphia, PA 19103
      (215) 267-3018
      Email: asoven@polsinelli.com

      */s/ Adam Hunt*
      Adam J. Hunt (*Pro Hac Vice Forthcoming*)
      MORRISON & FOERSTER LLP
      250 West 55th Street
      New York, NY  10019
      (212) 336-4341
      Email: AdamHunt@mofo.com
     *Attorneys for Defendant 33 Mile Radius, LLC*