**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BOBBY GIRIFALCO,

      Plaintiff, *individually and on behalf of*
      *others similarly situated*

v.

J&A GOODS, LLC, and
33 MILE RADIUS, LLC

      Defendants.

Case No.: 2:26-cv-01156-JDW

The Hon. Joshua D. Wolson

**[PROPOSED] ORDER GRANTING DEFENDANT 33 MILE RADIUS, LLC'S**
**UNOPPOSED MOTION TO VACATE ENTRY OF DEFAULT AND**
**EXTENSION OF TIME TO RESPOND**

THIS MATTER came before the Court for consideration on Defendant 33 Mile Radius, LLC's Motion to Vacate Entry of Default and Extension of Time to Respond, and the Court having reviewed the record, heard argument of counsel and otherwise being fully advised in the premises, hereby ORDERS AND ADJUDGES:

1. Defendant's motion to vacate the entry of default (ECF No. 9) is GRANTED.

2. Defendant shall file with the Court a responsive pleading or motion with the Court by April 30, 2026.

DONE AND ORDERED this _____ day of _____, 2026.

FOR THE COURT:

_____
WOLSON, J.