## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel

of record:

*Counsel for Bobby Girifalco*
Perrong Law LLC
Andrew Roman Perrong
2657 Mt. Carmel Ave
Glenside, PA 19038
a@perronglaw.com

/s/ Andrew J. Soven
Andrew J. Soven

1