# EXHIBIT A

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Monday, March 30, 2026 12:04 PM
**To:** info@ecoview.com <info@ecoview.com>; philadelphia@ecoview.com <philadelphia@ecoview.com>; ppryal@ecoview.com <ppryal@ecoview.com>; aplowman@ecoview.com <aplowman@ecoview.com>; 33MileRadius Info <info@33mileradius.com>
**Subject:** IMPORTANT LEGAL NOTICE OF DEFAULT - Girifalco v. J&A Goods, LLC et al., No. 2:26-cv-01156-JDW (E.D. Pa.)

You don't often get email from a@perronglaw.com. Learn why this is important

Gentlemen,

Please see the attached correspondence and court filing made today as well as the Court Order and directed to you in reference to your default in this matter. We appreciate your prompt attention to this matter.

--

Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)