# EXHIBIT B



**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com                                    Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                    Fax (888) 329-0305


March 30, 2026


*VIA POSTAL MAIL AND EMAIL*

J&A Goods, LLC d/b/a EcoView Windows and Doors
and
33 Mile Radius, LLC

Re:    Notice of Court Order and Request for Certificate of Default
*Girifalco v. J&A Goods, LLC et al.*, No. 2:26-cv-01156-JDW (E.D. Pa.)


Gentlemen:

As you know, I represent the Plaintiff, Bobby Girifalco, in the above-entitled action against your companies. The complaint in this lawsuit was filed in February of 2026. Your company was served in March of 2026, per the enclosed. As no answer has been received within the time provided for by law, the enclosed request for entry of default has been filed with the Court as of the instant date, and the Court has also issued the enclosed order.

You are in default because you have failed to enter a written appearance by attorney and file in writing with the Court your defenses or objections to the claims set forth against you by the date required. You should take this paper to your lawyer at once.

This letter serves as written notice that Plaintiff intends to file a Motion to Commence Discovery, and ultimately, motions for Class Certification and Default Class Judgment if you do not appear before April 10, 2026, consistent with the enclosed Court Order. We are writing this letter as a courtesy, even though such motions could be filed at this time. We appreciate your prompt attention to this matter.


Very Truly Yours,

Andrew R. Perrong, Esq.