# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS**<br><br>**AND**<br><br>**33 MILE RADIUS, LLC**<br><br>*Defendants.* | Case No. 2:26-cv-1156<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT
### AGAINST DEFENDANTS J&A GOODS, LLC AND 33 MILE RADIUS, LLC

COMES NOW Plaintiff Bobby Girifalco, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendants J&A Goods, LLC and 33 Mile Radius, LLC, in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendants have failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure

Request for Entry of Default

1

is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 55(a) (emphasis added).

Here, the Plaintiff filed his Complaint naming Defendants on February 23, 2026. (See ECF No. 1.) Defendant EcoView was served on March 4, 2026. (See ECF No. 5.) Defendant 33 Mile was served on March 2, 2026. (See ECF No. 6.) Accordingly, Defendant EcoView's responsive pleading was due on March 25, 2026, and Defendant 33 Mile's responsive pleading was due on March 23, 2026. Defendants did not file responses as of March 30, 2026. Accordingly, the Plaintiff requests that the Clerk enter the Defendants' default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendants.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendants pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this March 30, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong,
Bar No. 333687
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Request for Entry of Default

2

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

EcoView Windows and Doors
239 Arden Rd.
Conshohocken, PA 19428

EcoView Windows and Doors
1050 Colwell Ln #201
Conshohocken PA 19428

EcoView Windows and Doors
1700 Market St Ste 1005
Philadelphia, PA 19103-3920

EcoView Windows and Doors
40170 State Hwy 59
Bay Minette, AL 36507

EcoView Windows and Doors
1308 Egypt Rd
Phoenixville, PA 19460

33 Mile Radius, LLC d/b/a EverConnect
4249 Easton Way, Suite 100
Columbus, OH 43219

EcoView Windows and Doors
107 S Main Street
North Wales PA 19454

33 Mile Radius, LLC d/b/a EverConnect
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

And via email to:

info@ecoview.com, philadelphia@ecoview.com, ppryal@ecoview.com,

aplowman@ecoview.com, info@33mileradius.com, Mark.Salky@gtlaw.com.

Dated: March 30, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong,
Bar No. 333687
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Request for Entry of Default