# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **BOBBY GIRIFALCO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**J&A GOODS, LLC d/b/a ECOVIEW WINDOWS AND DOORS, et al.,**<br><br>*Defendants.* | **Case No. 2:26-cv-01156-JDW** |

## ORDER

**AND NOW**, this 27th day of March, 2026, a review of the Court's records shows that Defendants J&A Goods, LLC and 33 Mile Radius, LLC, have not filed an answer or pleading in response to the Complaint in the above-captioned case.

If Plaintiff Bobby Girifalco does not file a Request for Default under Fed. R. Civ. P. 55 or take other appropriate action in this case by April 10, 2026, I will enter an order dismissing the case against Defendants J&A Goods, LLC and 33 Mile Radius, LLC for lack of prosecution.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.