## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO**, <br><br> *Plaintiff,* <br><br> v. <br><br> **33 MILE RADIUS, LLC, et al.**, <br><br> *Defendants.* | **Case No. 2:26-cv-01156-JDW** |

### ORDER

AND NOW, this 13th day of April, 2026, upon consideration of Defendant 33 Mile Radius, LLC's unopposed Motion To Vacate Entry Of Default And Extend Time To Respond (ECF No. 11), and for good cause shown, it is **ORDERED** that the Motion is **GRANTED** as unopposed. The Default entered on March 31, 2026 (ECF No. 9) is **VACATED**. Defendant 33 Mile Radius, LLC shall file a responsive pleading or motion on or before April 30, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.