## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,

    Plaintiff, *individually and on behalf of others similarly situated,*

v.

J&A GOODS, LLC, and
33 MILE RADIUS, LLC

    Defendants.

Case No.: 2:26-cv-01156-JDW

The Hon. Joshua D. Wolson

## WITHDRAWAL OF APPEARANCE

Please take notice that Andrew J. Soven hereby withdraws his appearance as counsel for Defendant J&A Goods, LLC.  Mr. Soven was retained to represent 33 Mile Radius only and his entry of appearance on behalf of J&A Goods, LLC was inadvertent.

BY:    */s/ Andrew Soven*
        Andrew J. Soven (PA ID 76766)
        **POLSINELLI PC**
        Three Logan Square
        1717 Arch St., Suite 1200
        Philadelphia, PA 19103
        (215) 267-3001
        asoven@polsinelli.com
        *Counsel for Defendants*

Date: April 14, 2026

1

110477943.1