IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number __2:26-cv-01156-JDW__

*MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I, <u>MOVANT'S STATEMENT</u>

I, __Adam J. Hunt_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __33 Mile Radius, LLC__. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.  I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| New York | 2011 | 4896213 |
| | | |
| | | |

B.  I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| U.S. Court of Appeal for the First Circuit | 2024 | 1214389 |
| U.S. Court of Appeal for the Ninth Circuit | 2013 | N/A |
| U.S. Court of Appeal for the Second Circuit | 2014 | N/A |
| U.S. Court of Appeal for the Third Circuit | 2012 | N/A |
| U.S. District Court for the Eastern District of Wisconsin | 2023 | N/A |
| U.S. District Court for the Eastern District of New York | 2011 | N/A |
| U.S. District Court for the Southern District of New York | 2011 | N/A |
| U.S. District Court for the Western District of New York | 2022 | N/A |
| U.S. District Court for the District of Colorado | 2024 | 2667364 |

C.   I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for* __33 Mile Radius, LLC__

*Name of Attorney:* __Adam J. Hunt__

*Firm Address:* __250 W 55th Street__

*Telephone Number:* __(212) 336-4341__

*Email Address:* __AdamHunt@mofo.com__

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* __4/14/2026__
              *(Date)*

__/s/ Adam J. Hunt__
*(Movant's signature)*

## II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Adam J. Hunt__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

__Andrew Soven__
*(Sponsor's Name)*

*(Sponsor's Signature)*

__12/13/1995__
*(Admission Date)*

__76766__
Attorney ID Number

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

1717 Arch Street Suite 2800

Philadelphia, PA 19103

asoven@polsinelli.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* __4/14/26__
              *(Date)*

*(Sponsor's signature)*