IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,

      Plaintiff, individually and
      on behalf of others similarly
      situated

      v.

J&A GOODS, LLC, and
33 MILE RADIUS, LLC,

      Defendants.

Case Number: 2:26-cv-01156-JDW

ORDER

AND NOW, this _____ day of _____ 20___ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add ___Adam J. Hunt___ , Esquire as counsel for ___33 Mile Radius, LLC___ . ___Adam J. Hunt___ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____ , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).