IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,
      Plaintiff, individually and
      on behalf of others similarly
      situated

        v.

J&A GOODS, LLC and
33 MILE RADIUS, LLC,

      Defendants.

:
:
:
:
:
:
:

Case Number: __2:26-cv-01156-JDW__

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of ___Adam J. Hunt___,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Perrong, Esquire
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com

_____
(Signature of Attorney)

Andrew Soven
_____
(Name of Attorney)

33 Mile Radius, LLC
_____
(Name of Moving Party)

4/14/26
_____
(Date)