**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOBBY GIRIFALCO, <br><br> Plaintiff, *individually and on behalf of others similarly situated* <br><br> v. <br><br> J&A GOODS, LLC, and <br> 33 MILE RADIUS, LLC <br><br> Defendants. | Case No.: 2:26-cv-01156-JDW <br><br> The Hon. Joshua D. Wolson <br><br> **<u>CERTIFICATION OF ADAM J. HUNT IN SUPPORT OF APPLICATION FOR ADMISSION <i>PRO HAC VICE</i></u>** |

I, Adam J. Hunt, of full age, hereby certify pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner with the law firm of Morrison & Foerster LLP, with offices located at 250 West 55th Street, New York, NY 10019-9601.

2.      I submit this Certification in support of my application for admission *pro hac vice* to represent Defendant 33 Mile Radius, LLC ("33 Mile").

3.      I am an attorney-at-law and a member in good standing of the following courts:

| Court: | Date: |
|---|---|
| State of New York | 2011 |
| U.S. Court of Appeals for the First Circuit | 2024 |
| U.S. Court of Appeals for the Ninth Circuit | 2013 |
| U.S. Court of Appeals for the Second Circuit | 2014 |
| U.S. Court of Appeals for the Third Circuit | 2012 |
| U.S. District Court for the Eastern District of Wisconsin | 2023 |
| U.S. District Court for the Eastern District of New York | 2011 |
| U.S. District Court for the Southern District of New York | 2011 |
| U.S. District Court for the Western District of New York | 2022 |
| U.S. District Court for the District of Colorado | 2024 |

1

1.      There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

2.      I am familiar with this matter. Defendant 33 Mile Radius has requested that my firm and I appear and participate in its representation in the pretrial proceedings and the trial proceedings of this action.

3.      I am associated in this matter with Andrew Soven, Esq., a partner with Polsinelli, PC, who is the counsel of record for Defendant 33 Mile.  Mr. Soven will continue to review and sign all pleadings, briefs and other papers filed with the Court and will remain counsel of record, will sign all filings, and will be responsible for the conduct of this matter in accordance with Local Rule 83.5.2.  He is duly admitted to practice law in the State of Pennsylvania and is a member in good standing of the bar of this Court.

4.      My sponsoring attorney shall, pursuant to Local Rule 83.5.2(b), promptly submit payment using their PACER account at the time of filing this motion.

5.      I have read and am familiar with the Local Rules of this Court and the Pennsylvania Rules of Professional Conduct, and I agree to be bound by both sets of Rules.

6.      I understand that upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other courts.

7.      For the foregoing reasons, it is respectfully requested that the Court grant Defendant 33 Mile Radius, LLC's application for my admission *pro hac vice,* permitting me to appear and participate as counsel in this matter pursuant to Local Civil Rule 83.5.2(b).

I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated:   April 14, 2026          By:   */s/ Adam J. Hunt*
       New York, New York              Adam J. Hunt

3