IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:26-cv-01156-JDW

*MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I, <u>MOVANT'S STATEMENT</u>

I, ___William Ward_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __33 Mile Radius LLC____.  My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.  *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| State of New York | 2024 | 6081418 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| U.S. District Court for the Eastern District of New York | 2024 | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| U.S. District Court for the Southern District of New York | 2024 | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am seeking to enter my appearance for__ 33 Mile Radius, LLC_____

*Name of Attorney:*___William Ward_____

*Firm Address:*___250 W 55th Street_____

*Telephone Number:*___+1 (212) 336-4082_____

*Email Address:*___wward@mofo.com_____

I declare under penalty of perjury that the foregoing is true and correct.

*Executed on* ___4/14/2026_____          ___/s/ William Ward_____
         *(Date)*                   *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____William Ward_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Andrew Soven | | December 31, 1995 | 76766 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

1717 Arch Street Suite 2800

Philadelphia, PA 19103

asoven@polsinelli.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* ____4/14/26_____

*(Date)*                                         *(Sponsor's signature)*