IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,
      Plaintiff, individually and         :      Case Number: __2:26-cv-01156-JDW__
      on behalf of others similarly     :
      situated                   :
      v.                      :
                               :

J&A GOODS, LLC and           :
33 MILE RADIUS, LLC

      Defendants.

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐    GRANTED.  The Clerk is DIRECTED to add __William Ward__, Esquire as counsel for

__33 Mile Radius, LLC__. __William Ward__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐    DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).