IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,
      Plaintiff, individually and    :      Case Number:   __2:26-cv-01156-JDW__
      on behalf of others similarly   :
      situated                   :
          v.                 :
                              :
J&A GOODS, LLC, and          :
33 MILE RADIUS, LLC,

        Defendants.

<u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury that a copy of the motion of ___William Ward___,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Perrong, Esquire
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com

_____
(Signature of Attorney)

___Andrew Soven_____
(Name of Attorney)

___33 Mile Radius, LLC_____
(Name of Moving Party)

___4/14/26_____
(Date)