**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOBBY GIRIFALCO,<br><br>  Plaintiff, *individually and on behalf of others similarly situated*<br><br>v.<br><br>J&A GOODS, LLC, and<br>33 MILE RADIUS, LLC<br><br>  Defendants. | Case No.: 2:26-cv-01156-JDW<br><br>The Hon. Joshua D. Wolson<br><br>**DEFENDANT 33 MILE RADIUS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, 33 Mile Radius, LLC, by its attorneys, certifies as follows:

33 Mile Radius, LLC is a wholly owned, direct subsidiary of Ignite Visibility LLC.  Ignite Visibility LLC is a privately held corporation. No publicly held corporation owns 10% or more of 33 Mile Radius, LLC's stock.

Dated: April 14, 2026

By:   */s/ Andrew J. Soven*
Andrew J. Soven
PA ID No. 76766
POLSINELLI PC
1717 Arch St, Suite 1200
Philadelphia, PA 19103
Tel: (215) 267-3018
Email: asoven@polsinelli.com

*s/ Adam Hunt*
Adam J. Hunt (*Pro Hac Vice Forthcoming*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 336-4341
Email: AdamHunt@mofo.com

*Attorneys for Defendant 33 Mile Radius, LLC*

1