## CERTIFICATE OF SERVICE

The undersigned certifies that on April 14, 2026, he caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Andrew J. Soven*
Andrew J. Soven