IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,
        Plaintiff, individually and
        on behalf of others similarly
        situated

        v.

J&A GOODS, LLC, and
33 MILE RADIUS, LLC,

        Defendants.

Case Number: 2:26-cv-01156-JDW

## ORDER

AND NOW, this __22nd__ day of ___April___ 20_26_, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X]   GRANTED.  The Clerk is DIRECTED to add ___Adam J. Hunt___ , Esquire as counsel for

___33 Mile Radius, LLC___ . ___Adam J. Hunt___ is DIRECTED to request ECF filing access

using their PACER Account[1]

[ ]   DENIED.

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).