IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO,
      Plaintiff, individually and
      on behalf of others similarly
      situated              :        Case Number:   2:26-cv-01156-JDW

     v.                          :

J&A GOODS, LLC and
33 MILE RADIUS, LLC           :

      Defendants.

**ORDER**

AND NOW, this __22nd__ day of __April__ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.  The Clerk is DIRECTED to add __William Ward__, Esquire as counsel for

__33 Mile Radius, LLC__ . __William Ward__ is DIRECTED to request ECF filing access

using their PACER Account[1]

[ ]   DENIED.

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.

---

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).