**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO, et al.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**J&A GOODS, LLC, et al.**,<br><br>*Defendants*. | **Case No. 2:26-cv-01156-JDW** |

## <u>SCHEDULING ORDER</u>

**AND NOW**, this 30th day of June, 2026, following a pretrial conference with counsel for the Parties, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b), it is **ORDERED** as follows.

1.      On or before July 14, 2026, the Parties shall meet and confer to set aside dates to hold open for depositions before the close of discovery. The Parties shall submit a letter to the Court, via email to Chambers_of_Judge_Wolson@paed.uscourts.gov, that identifies the dates that will be set aside for these depositions.

2.      All motions to amend the Complaint and to join or add additional parties shall be filed on or before July 24, 2026.

3.      Each Party shall serve any affirmative expert reports (meaning an expert report that the Party will use in its case-in-chief), if any, on or before October 16, 2026.

4.  Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before November 13, 2026.

5.  A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged.

6.  Plaintiffs shall file their motion for class certification on or before December 11, 2026.

7.  Defendants shall file their opposition to the motion for class certification, if any, on or before January 15, 2027.

8.  Counsel for the Parties shall submit via email a letter, providing a proposal on how the case should proceed within 21 days of the Court's order granting or denying class certification.

9.  Counsel for all Parties shall refer to my Policies and Procedures regarding all matters of discovery and correspondence with the Court.

10.  This case is referred to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.