

VERIZON SECURITY SUBPOENA COMPLIANCE

ONE VERIZON WAY, BLDG 7-1

BASKING RIDGE NJ 07920

Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

July 15, 2026

PERRONG LAW LLC
2657 MOUNT CARMEL AVE
GLENSIDE PA 19038

Verizon Case #: 26416711
Docket / File #: 2:26-cv-01156-JDW
Requested Target: 71.126.105.172

Dear Andre Roman Perrong:

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

> Like other internet service providers, it is Verizon's practice to require a court order signed by a judge or magistrate, as described in 47 USC 551(c)(2)(B), before disclosing the type of information you seek.

Respectfully,

NEIL SCHMIDT
VERIZON SECURITY SUBPOENA COMPLIANCE
334-866-3819
neil.t.schmidt@verizon.com

Enclosed