**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO, et al.**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **33 MILE RADIUS, LLC, et al.**, <br><br> *Defendants.* | **Case No. 2:26-cv-01156-JDW** |

## ORDER

AND NOW, this 23rd day of July, 2026, upon review of Plaintiffs' Motion To Compel Disclosure Of IP Address Subscriber Information (ECF No. 26), I note that Plaintiffs did not serve this Motion on Verizon. Plaintiffs, however, may only move to compel compliance with the subpoena once they provide "notice to the commanded person." Fed. R. Civ. P. 45(d)(2)(B)(i). Therefore, it is **ORDERED** that Plaintiffs shall serve a copy of their Motion on Verizon and file a certificate of service on the docket. Verizon's time to respond to the Motion shall begin to run on the date that it receives service of the Motion.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
_____
JOSHUA D. WOLSON, J.