### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBY GIRIFALCO** and **KAREN CLOSKEY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS**<br><br>**AND**<br><br>**33 MILE RADIUS, LLC**<br><br>*Defendants.* | Case No. 2:26-cv-1156<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED ORDER GRANTING]
### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the

Plaintiffs' Motion to Amend is hereby GRANTED. Plaintiff shall file the Second Amended

Complaint within three days of the date of this Order.

*BY THE COURT:*

_____

J.

1