**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO** and **KAREN CLOSKEY**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> **J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS** <br><br> **AND** <br><br> **33 MILE RADIUS, LLC** <br><br> *Defendants.* | Case No. 2:26-cv-1156 <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, in accordance with the Court's order of July 23, 2026 (ECF No. 27), he personally served the Motion to Compel (ECF No. 26), on Third Party Verizon Communications, Inc. d/b/a Verizon, via fax to 888-667-0028 and via personal service the same day upon Verizon's registered agent, CT Corporation System.

**Dated: July 31, 2026**

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
*Perrong Law LLC*
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, a copy of the foregoing was served electronically on counsel for the Defendants via operation of the CM/ECF system.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

2