**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO** and **KAREN CLOSKEY**, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**J&A GOODS, LLC, D/B/A ECOVIEW WINDOWS AND DOORS,**<br><br>**AND**<br><br>**33 MILE RADIUS, LLC**,<br><br>*Defendants*. | **Case No. 2:26-cv-01156-JDW** |

**ORDER**

**AND NOW**, this 18th day of September, 2026, upon consideration of Plaintiffs Bobby Girifalco and Karen Closkey's Motion To Compel Disclosure Of IP Address Subscriber Information (ECF No. 26), Motion For Leave To File Second Amended Complaint (ECF No. 28), and Defendant 33 Mile Radius, LLC's Motion To Compel Discovery From Plaintiffs Bobby Girifalco and Karen Closkey (ECF No. 31), I note as follows.

1. Defendants 33 Mile Radius, LLC and J&A Goods, LLC do not oppose Plaintiff's Motion To Compel Disclosure Of IP Address Subscriber Information (ECF No. 26) or Motion For Leave To File Second Amended Complaint (ECF No. 28).

2. The discovery sought by Defendant 33 Mile Radius LLC's Motion To Compel Discovery From Plaintiffs Bobby Girifalco and Karen Closkey is relevant, and Plaintiffs Bobby Girifalco and Karen Closekey failed to show that the burden on them is outweighs 33 Mile Radius LLC's need for the information sought. Fed. R. Civ. P. 26. I also find the request proportionate considering the issues in this case. *See First Niagara Risk Mgmt., Inc. v. Folino*, 317 F.R.D. 23, 28 (E.D. Pa. 2016). Moreover, the Confidentiality Agreement and Protective Order (ECF No. 32) that I have issued should provide sufficient safeguards.

Thus, it is **ORDERED** as follows:

1. The Motion To Compel Disclosure Of IP Address Subscriber Information (ECF No. 26) is **GRANTED** as unopposed;

2. The Motion For Leave To File Second Amended Complaint (ECF No. 28) is **GRANTED** as unopposed; and

3. The Motion To Compel Discovery From Plaintiffs Bobby Girifalco and Karen Closkey (ECF No. 31) is **GRANTED**. Plaintiffs shall provide the requested discovery on or before October 2, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.