## AFFIDAVIT OF SERVICE

| Case: 26-1156 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRCIT OF PENNSYLVANIA | County: | Job: 16926527 |
|---|---|---|---|
| **Plaintiff / Petitioner:** BOBBY GIRIFAICO AND KAREN CLOSKEY | | **Defendant / Respondent:** J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS, 33 MILE RADIUS, LLC AND SOLEO COMMUNICATIONS, INC | |
| **Received by:** Delaware Detective Group, LLC | | **For:** Perrong Law, Esq | |
| **To be served upon:** SOLEO COMMUNICATIONS, INC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Unknown Male, Corporate: 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Sep 23, 2026, 8:43 am EDT
**Documents:** SUMMONS IN A CIVIL ACTION, SECOND AMENDED CLASS ACTION COMPLIANT AND DEMAND FOR JURY TRIAL

**Additional Comments:**
1) Successful Attempt: Sep 23, 2026, 8:43 am EDT at Corporate: 251 Little Falls Drive, Wilmington, DE 19808 received by Unknown Male. Age: 21-30; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'8"; Hair: Brown; Relationship: Authorized;

9/23/26

Stephen Kempski  Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678