**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO** and **KAREN CLOSKEY**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS**<br><br>**AND**<br><br>**33 MILE RADIUS, LLC**<br><br>*Defendants.* | Case No. 2:26-cv-1156<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

AND NOW, this _____ day of ______________, 2026, upon consideration of Plaintiffs Bobby Girifalco and Karen Closkey's Motion To Compel Defendant 33 Mile Radius, LLC To Produce Records Of Calls Transferred To It By Soleo Communications, Inc., and any response thereto, it is ORDERED that the Motion is GRANTED, as follows:

1. On or before ______________, 2026, Defendant 33 Mile Radius, LLC ("33 Mile") shall produce all records in its possession, custody, or control reflecting each call that Defendant Soleo Communications, Inc. ("Soleo") transferred to 33 Mile during the class period alleged in the Second Amended Complaint (ECF No. 35), regardless of whether 33 Mile routed the call to Defendant J&A Goods, LLC d/b/a EcoView Windows and Doors, to another buyer, or to no buyer. For each call, the production shall include, to the extent maintained, the date and time of the transfer, the telephone number associated with the call, the lead data 33 Mile received from Soleo (including consent data), and the disposition of the call, including the identity of any buyer to which 33 Mile routed it.

2. On or before the same date, 33 Mile shall serve a supplemental verified answer to Plaintiffs' Interrogatory No. 9 stating the total number of calls Soleo transferred to 33 Mile during that period.

3. 33 Mile may designate its production under the Confidentiality Agreement and Protective Order (ECF No. 32).

BY THE COURT:

________________________________

HON. JOSHUA D. WOLSON, J.