# REDACTED VERSION

# EXHIBIT 9

verizon

PO BOX 489
NEWARK, NJ 07101-0489

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

**Questions about your bill?**
verizon.com/support
800-922-0204

KEYLINE
[redacted]

ROBERT GIRIFALCO
[redacted]

# Snapshot of your bill

(details on page 3)

| | |
|---|---|
| Balance from last bill | $0.00 |
| This month's charges | $160.48 |
| **Total due on Sep 28** | **$160.48** |

You have Auto Pay scheduled for Sep 26, 2025.

If you don't pay the total charges due by the due date, you'll be charged 5% of the unpaid balance or $7, whichever is greater, if allowed by law in the state of your billing address.

verizon

**Bill date** September 06, 2025
**Account number** [redacted]
**Invoice number**

ROBERT GIRIFALCO
[redacted]

**Total Amount Due**

Deducted from bank account on 09/26/25
DO NOT MAIL PAYMENT

**$160.48**

**Please see back for instructions on writing to us.**

PO BOX 16810
NEWARK, NJ 07101-6810

[redacted]

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

**Questions about your bill?**
verizon.com/support
800-922-0204

## Questions about paying your bill?

Go to https://go.vzw.com/billing-support to learn more.

## Address change:

Change your address at go.vzw.com/changeaddress.

## Important Information:

Many billing questions can be resolved easily online or with the My Verizon App. Customer service can also assist you by phone, chat or in a retail store for billing questions or disputes.

All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to this below address:

Verizon
Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

Select a checkbox that describes how we can help you along with any additional information and include it with your written correspondence.

---

**Automatic Payment Enrollment for Account:** [redacted] **ROBERT GIRIFALCO**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.** **2. Sign name in box below, as shown on the bill and date.** **3. Return this slip with your payment. Do not send a voided check.**

☐ ______________________________

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

# Your September bill is $160.48

**Due Sep 28**

**Questions about your bill?**
verizon.com/support
800-922-0204

## Since your last bill

- You paid $94.27.
- You received $77.42 in one-time credits.
- Your bill increased by $66.21.

## Review your bill online

An itemized bill breakdown of all charges and credits is available on the My Verizon app [redacted]nd online.

Scan the QR code with your camera app or go to go.vzw.com/bill. [redacted]

## Bill summary by line

| | |
|---|---|
| **Account-wide charges & credits** | **-$25.00** |
| [redacted] | [redacted] |
| **Robert Girifalco**<br>Samsung a15 Byod (215-[redacted])<br>Plan changed | **$30.83** |
| [redacted] | [redacted] |
| **Total:** | **$160.48** |

**Surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of $26.18 and taxes and gov fees of $12.08. For an itemized list of taxes, fees and surcharges visit go.vzw.com/bill.

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Charges by line details

### Account-wide charges & credits -$25.00

#### One-time charges & credits $0.00

| | |
|---|---|
| $25 1ST RESPONDERS DISC 2-3 PH (added)<br>Credited for 31 days: Aug 7 - Sep 6 | -$25.00 |
| Data Access Discount - A | $25.00 |

#### Plan -$25.00

| | |
|---|---|
| $25 1ST RESPONDERS DISC 2-3 PH<br>Sep 7 - Oct 6 | -$25.00 |

**One-time charges & credits**

This bill includes adjustments from account changes made during the last billing cycle.

### Robert Girifalco $108.41

Samsung Galaxy S22 Esim

[redacted]

New plan added

#### One-time charges & credits $54.67

| | |
|---|---|
| Unlimited Welcome (added)<br>Partial charge for 13 days: Aug 25 - Sep 6 | $16.77<br>~~$40.00~~ |
| Mobile+Home $5 Discount<br>Aug 25 - Sep 6 | -$2.10 |
| Activation fee | $40.00 |

#### Plan $30.00

| | |
|---|---|
| Unlimited Welcome<br>Price lock guarantee<br>Sep 7 - Oct 6 | $50.00 |
| Auto Pay and paper-free billing discount<br>Sep 7 - Oct 6 | -$10.00 |
| Mobile+Home $5 Discount<br>Sep 7 - Oct 6 | -$5.00 |
| Bring Your Own Device<br>Credit 1 of 36 (-$175.00 remaining) | -$5.00 |

#### Surcharges $16.34

| | |
|---|---|
| Fed Universal Service Charge | $5.74 |
| Regulatory Charge | $0.40 |

**One-time charges & credits**

This bill includes adjustments from account changes made during the last billing cycle.

**Activation fee**
We charge a one-time $40.00 fee per device activated on the Verizon network.For more information about this fee, visit https://go.vzw.com/activation-fee.

**Plan**

Plans are billed a month in advance.

**Mobile + Home Discount**
You can continue to get the Mobile + Home Discount for your mobile service as long as you use qualifying Mobile and Home services.

Reminder: Your price lock guarantee expires on Aug 24,2028.

Includes the $10.00/month discount on your UNLIMITED WELCOME plan for being enrolled in Auto Pay and paper-free billing.

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Charges by line details (continued)

| | |
|---|---|
| Admin & Telco Recovery Charge | $7.28 |
| PA Gross Receipt Surchg | $2.92 |

### Taxes & gov fees — $7.40

| | |
|---|---|
| PA State Wireless E911 Surchg | $3.90 |
| PA State Sls Tax-Telco | $3.50 |

## Robert Girifalco — $30.83

Samsung a15 Byod
215-[redacted]
Plan changed

### One-time charges & credits — -$6.29

| | |
|---|---|
| Unlimited Welcome (added)<br>Partial charge for 13 days: Aug 25 - Sep 6 | $16.77<br>~~$40.00~~ |
| Unlimited Welcome (removed)<br>Partial credit for 13 days: Aug 25 - Sep 6 | -$23.06<br>~~$55.00~~ |
| Mobile+Home $5 Discount<br>Aug 25 - Sep 6 | -$2.10 |
| Mobile+Home $5 Discount<br>Aug 25 - Sep 6 | $2.10 |

### Plan — $25.00

| | |
|---|---|
| Unlimited Welcome<br>Price lock guarantee<br>Sep 7 - Oct 6 | $50.00 |
| Auto Pay and paper-free billing discount<br>Sep 7 - Oct 6 | -$10.00 |
| Mobile+Home $5 Discount<br>Sep 7 - Oct 6 | -$5.00 |
| Loyalty thank you $10 for 12mo<br>Sep 7 - Oct 6<br>(Expires Jul 02, 2026) | -$10.00 |

### Devices — $4.86

| | |
|---|---|
| GALAXY S22 128 BLK<br>Payment 28 of 36 ($116.64 remaining)<br>Agreement [redacted] | $14.58 |
| Device Promotional Credit<br>Credit 28 of 36 | -$9.72 |

### Surcharges — $4.92

**One-time charges & credits**

This bill includes adjustments from account changes made during the last billing cycle.

**Plan**

Plans are billed a month in advance.

**Mobile + Home Discount**
You can continue to get the Mobile + Home Discount for your mobile service as long as you use qualifying Mobile and Home services.

Reminder: Your price lock guarantee expires on Apr 02,2028.

Includes the $10.00/month discount on your UNLIMITED WELCOME plan for being enrolled in Auto Pay and paper-free billing.

Account: [redacted]
Invoice: [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Charges by line details (continued)

| | |
|---|---|
| Fed Universal Service Charge | $0.61 |
| Regulatory Charge | $0.21 |
| Admin & Telco Recovery Charge | $3.78 |
| PA Gross Receipt Surchg | $0.32 |

### Taxes & gov fees — $2.34

| | |
|---|---|
| PA State Wireless E911 Surchg | $1.95 |
| PA State Sls Tax-Telco | $0.39 |

## Robert Girifalco — $46.24

Apple iPhone 15
[redacted]
Plan changed

### One-time charges & credits — -$6.29

| | |
|---|---|
| Unlimited Welcome (added)<br>Partial charge for 13 days: Aug 25 - Sep 6 | $16.77<br>~~$40.00~~ |
| Unlimited Welcome (removed)<br>Partial credit for 13 days: Aug 25 - Sep 6 | -$23.06<br>~~$55.00~~ |
| Mobile+Home $5 Discount<br>Aug 25 - Sep 6 | -$2.10 |
| Mobile+Home $5 Discount<br>Aug 25 - Sep 6 | $2.10 |

### Plan — $25.00

| | |
|---|---|
| Unlimited Welcome<br>Price lock guarantee<br>Sep 7 - Oct 6 | $50.00 |
| Auto Pay and paper-free billing discount<br>Sep 7 - Oct 6 | -$10.00 |
| Mobile+Home $5 Discount<br>Sep 7 - Oct 6 | -$5.00 |
| Loyalty thank you $10 for 12mo<br>Sep 7 - Oct 6<br>(Expires Jul 02, 2026) | -$10.00 |

### Devices — $20.27

| | |
|---|---|
| IP15 128 PNK<br>Payment 12 of 36 ($486.48 remaining)<br>Agreement [redacted] | $20.27 |

### Surcharges — $4.92

**One-time charges & credits**

This bill includes adjustments from account changes made during the last billing cycle.

**Plan**

Plans are billed a month in advance.

**Mobile + Home Discount**
You can continue to get the Mobile + Home Discount for your mobile service as long as you use qualifying Mobile and Home services.

Reminder: Your price lock guarantee expires on Apr 02,2028.

Includes the $10.00/month discount on your UNLIMITED WELCOME plan for being enrolled in Auto Pay and paper-free billing.

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Charges by line details (continued)

| | |
|---|---|
| Fed Universal Service Charge | $0.61 |
| Regulatory Charge | $0.21 |
| Admin & Telco Recovery Charge | $3.78 |
| PA Gross Receipt Surchg | $0.32 |

| **Taxes & gov fees** | **$2.34** |
|---|---|
| PA State Wireless E911 Surchg | $1.95 |
| PA State Sls Tax-Telco | $0.39 |

verizon

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Talk activity

[redacted]

verizon

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

Account: [redacted]
Invoice: [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

Account: [redacted]
Invoice: [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

Account: [redacted]
Invoice: [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

Account: [redacted]
Invoice: [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

verizon

Account: [redacted]
Invoice: [redacted]
Billing period: Aug 7 - Sep 6, 2025

## Talk activity (cont.)

[redacted]

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

**Robert Girifalco**
**215-[redacted]**
**SAMSUNG A15 BYOD**

| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Sep 2 | 5:46 PM | 215-[redacted] | Upper Darb, PA | Incoming, CL | 5 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Sep 3 | 10:24 AM | 215-[redacted] | Upper Darb, PA | Incoming, CL | 9 | -- | -- | -- |
| Sep 3 | 10:35 AM | 215-[redacted] | Upper Darb, PA | Incoming, CL | 9 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Talk activity (cont.)

**Robert Girifalco**
**215-[redacted]**
**SAMSUNG A15 BYOD**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Sep 3 | 2:10 PM | 610-[redacted] | Upper Darb, PA | Incoming, CL | 2 | -- | -- | -- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

[redacted]

verizon

Account: [redacted]
Invoice: [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

[redacted]

verizon

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

[redacted]

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Additional information

### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

### Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including:
(a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs;
(b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

### Returned Payments

If you pay your wireless bill by check and your check is returned by your bank for insufficient funds, Verizon Wireless may resubmit your check to your bank for payment from your checking account.

### Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

### Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

### More On Wireless Taxes And Surcharges

Your total charges for this month's bill cycle are $160.48.

This includes charges for one or more bundled Verizon service plans that include voice, messaging, data, or other services for which you pay a monthly plan charge.

This bill cycle, your fixed monthly plan charges were $124.19 (before applying any discounts or credits, and excluding other charges such as overage, late payment, taxes, Verizon surcharges, and equipment).

To accurately bill taxes and Verizon surcharges, we regularly look at past network usage by you and other customers with similar plans to allocate this fixed monthly plan charge among the services included in the bundle.

In this bill cycle, we have allocated this amount as follows: $6.66 for voice, $1.34 for messaging, $116.19 for data, and $0.00 for other services.

For more information, please go to vzw.com/taxesandsurcharges.

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Account:** [redacted]
**Invoice:** [redacted]
**Billing period:** Aug 7 - Sep 6, 2025

## Additional information continued

### You have choices about the use of your information in Verizon Wireless programs

(1) Custom Experience and Custom Experience Plus
The Verizon Custom Experience program uses information about websites you visit and apps you use on your mobile device to help us personalize our communications with you, give you more relevant product and service recommendations, and develop plans, services, and offers that are more appealing to you.
The Verizon Custom Experience Plus program uses a broader set of information for the same purposes including information about websites and apps you use, your Verizon Fios services, location information, and Customer Proprietary Network Information, including phone numbers you call or those that call you.
The information in the Custom Experience programs is used only by Verizon. We do not use the information for third-party targeted advertising or provide the information to others for them to use for their own advertising.
Your choices:
- Your new line(s) will be included in the Custom Experience program unless you opt-out.
- You will need to opt in to the Custom Experience Plus program to be included.
- You can view and change your choices at any time using privacy settings on the My Verizon site or app.
Eligibility:
Consumer and small business customers with smartphone lines are included in the Custom Experience program, except for lines with devices or plans meant for children and lines associated with Maine customers. This program does not include lines sold to corporate and government accounts and lines with tablets, basic phones, or mobile hotspots.
Consumer and small business customers may opt in to the Custom Experience Plus program. This program does not include lines sold to corporate and government accounts and lines with devices or plans meant for children.

For more information, view our FAQs: https://m.vzw.com/ce-faqs

(2) Business and Marketing Insights

The Business and Marketing Insights program helps us and others better understand consumer actions in aggregate. For example, we may create insights about the number of customers in different age groups who visit a website, use an app, or go to a retail store or stadium. We also can develop insights to help estimate traffic patterns about people who move from one area to another during the morning rush hour. The information we use and the insights we create do not identify you individually.

This program uses information about websites you visit and apps you use on your mobile device, device location, certain information about your Verizon products and services (such as device type, and amount of use) and demographic and interest information we get from you or from other companies (such as gender, age range and interests). We also use location and point of interest information we obtain from others and information provided by business and marketing insights clients who want to better understand their own customers or businesses.

Your choices:
You can opt out of participating in the Business and Marketing Insights program and can change your choices at any time using privacy settings on the My Verizon site or app or by calling 866.211.0874.

For more information and instructions for opting out, visit our FAQs: go.vzw.com/BMI-FAQS

### California - Questions About Your Bill?

Call Customer Service at 800.922.0204. Send written disputes to: Verizon, PO Box 409, Newark, NJ 07101-0409. If you are disputing a charge because you contend it was not authorized, and we need time to investigate the complaint, you are not required to pay the disputed amount while our investigation is pending. If you have a complaint you cannot resolve with us, submit a complaint to the California Public Utilities Commission at Consumer Affairs Branch, 505 Van Ness Ave. Rm. 2003, San Francisco, CA 94102, or at http://www.cpuc.ca.gov/complaints, or call 800.649.7570. If you have hearing or speaking limitations and need California Relay Service, dial 711(visit http://ddtp.cpuc.ca.gov/ for further information). If you need to contact your wireless phone insurance provider, call 888.881.2622

### Verizon Wireless Regulatory Charge

Effective September 1, 2025, the monthly Verizon wireless Regulatory Charge for voice-capable devices increased from $0.19 to $0.21 per line. The charge for data-only devices remains at $0.02 per line. Please note that this is a Verizon wireless surcharge, not a tax. This charge, and what's included, are subject to change from time to time. For further information regarding this charge, review the "Explanation of Surcharges" section of this bill.