**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO** and **KAREN CLOSKEY**, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**J&A GOODS, LLC, D/B/A ECOVIEW WINDOWS AND DOORS,**<br><br>**AND**<br><br>**33 MILE RADIUS, LLC**,<br><br>*Defendants*. | **Case No. 2:26-cv-01156-JDW** |

**ORDER**

**AND NOW**, this 15th day of October, 2026, it is **ORDERED** that Plaintiffs Bobby Girifalco and Karen Closkey's Motion To Compel Discovery (ECF No. 40) is **STRICKEN** for failure to comply with the discovery dispute requirements set forth in Section II.C.1 of my Policies and Procedures.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.