**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BOBBY GIRIFALCO and KAREN CLOSKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS, ET AL.<br><br>Defendants. | ) | CIVIL ACTION NO. 26-1156 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant SOLEO COMMUNICATIONS, INC. ("Soleo"), in the above-captioned action and all future correspondence and papers filed or served in connection with the above-captioned action are to be directed to the undersigned.

Dated: October 15, 2026
New York, New York

David J. Dino, Esq.
**HARRIS BEACH MURTHA CULLINA PLLC**
100 Wall Street
New York, NY 10005
(212) 687-0100
ddino@harrisbeachmurtha.com
*Attorneys for Defendant*
*Soleo Communication, Inc.*

To: All counsel of record (via ECF)