IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO and KAREN CLOSKEY, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS, ET AL.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>: | Case Number: 26-1156 |

ORDER

AND NOW, this 21st day of October 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Ross B. Hofherr, Esquire as counsel for Soleo Communications, Inc.. David J. Dino, Esq. is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

______________________________
Hon. Joshua D. Wolson, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 26-1156

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Ross B. Hofherr the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Soleo Communications, Inc.. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| New York | 08/14/2012 | RH1982 |
| | | |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| | | |
| | | |
| | | |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Harris Beach Murtha Cullina, PLLC

*Name of Attorney:* Ross B. Hofherr

*Firm Address:* 100 Wall Street, Floor 23

*Telephone Number:* (212) 313-5482

*Email Address:* rhofherr@harrisbeachmurtha.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/21/2026
*(Date)*

[signature]
*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Ross B. Hofherr to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| David J. Dino | [signature] | 03/20/2018 | 209498 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Harris Beach Murtha Cullina, PLLC 100 Wall Street, Floor 23
(212) 313-5484 New York, NY 10005
ddino@harrisbeachmurtha.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 10/21/2026 [signature]
*(Date)* *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BOBBY GIRIFALCO and KAREN CLOSKEY, individually and on behalf of all others similarly situated,
Plaintiffs,
v.
J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS, ET AL.
Defendants.

Case Number: 26-1156

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Ross B. Hofherr, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road
Suite 218
Yardley, PA 19067
*Attorney for Plaintiffs*

(Signature of Attorney)

David J. Dino
(Name of Attorney)

Ross B. Hofherr
(Name of Moving Party)

10/21/2026
(Date)