IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY GIRIFALCO and KAREN CLOSKEY, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>J&A GOODS, LLC D/B/A ECOVIEW WINDOWS AND DOORS, ET AL.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>: | Case Number: 26-1156 |

ORDER

AND NOW, this 22nd day of October, 2026, it is hereby ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Ross B. Hofherr, Esquire as counsel for Soleo Communications, Inc.. Ross Hofherr, Esq. is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Joshua D. Wolson
Hon. Joshua D. Wolson , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).