**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO** and **KAREN CLOSKEY**, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**J&A GOODS, LLC, D/B/A ECOVIEW WINDOWS AND DOORS,** *et al.*<br><br>*Defendants*. | **Case No. 2:26-cv-01156-JDW** |

**ORDER**

**AND NOW**, this 23rd day of October, 2026, upon consideration of Plaintiffs Bobby Girifalco and Karen Closkey's Motion To Compel Defendant 33 Mile Radius, LLC To Produce Records Of Calls Transferred To It By Soleo Communications, Inc. (ECF No. 39), Submission In Support Of Sealing And Redaction Of Verizon Telephone Record (ECF No. 41), and Defendant 33 Mile's Motion To Compel Discovery From Plaintiffs Bobby Girifalco And Karen Closkey (ECF No. 45), it is **ORDERED** as follows:

1. Plaintiffs Bobby Girifalco and Karen Closkey's Motion To Compel Defendant 33 Mile Radius, LLC To Produce Records Of Calls Transferred To It By Soleo Communications, Inc. (ECF No. 39) is **GRANTED**;

2. Plaintiffs Bobby Girifalco and Karen Closkey's Submission In Support Of Sealing And Redaction Of Verizon Telephone Record (ECF No. 41), which I construe as a motion to seal, is **GRANTED**;

3. Defendant 33 Mile Radius, LLC's Motion To Compel Discovery From Plaintiffs Bobby Girifalco And Karen Closkey (ECF No. 45) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

a. Plaintiffs will produce requested information about aliases to the extent the information is within their possession, custody, or control;

b. Plaintiffs will produce their engagement letters with counsel and any pre-engagement solicitations from counsel; and

c. To the extent they have not already done so, Plaintiffs will produce a copy of their phone bills that is unredacted as to all calls related to Defendants 33 Mile Radius, LLC, J&A Goods, LLC, and Soleo Communications, Inc.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.