**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BOBBY GIRIFALCO, et al.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**J&A GOODS, LLC, et al.**,<br><br>*Defendants*. | **Case No. 2:26-cv-01156-JDW** |

**ORDER**

**AND NOW**, this 6th day of November, 2026, upon consideration of the joint letter from Defendant 33 Mile Radius, LLC. Plaintiffs Bobby Girifalco and Karen Closkey and Defendant Soleo Communications, Inc., requesting a 60-day extension of the case deadlines established in my Scheduling Order (ECF No. 25), it is **ORDERED** as follows.

1. Each Party shall serve any rebuttal expert reports (meaning an expert report that the Party will use to rebut an expert opinion from its opponent), if any, on or before January 12, 2027.

2. A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a brief summary of each such opinion at the same time the expert reports are exchanged.

3. Plaintiffs shall file their motion for class certification on or before February 9, 2027.

4. Defendants shall file their opposition to the motion for class certification, if any, on or before March 16, 2027.

**I will not grant further extensions of these deadlines.**

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.